IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JORDAN D. OSBORNE,

    Plaintiff,                                        JUDGMENT IN A CIVIL CASE

v.                                                    13-cv-881-jdp

SZYMANSKI and LYNCH,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Syzmanski and Lynch granting their motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to properly exhaust his administrative remedies.

    /s/                                                                       1/7/2015

Peter Oppeneer, Clerk of Court                          Date